# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

NICOLE MARTINEZ,            Civil File No. 10-CV-02185 EFM/KMH

    Plaintiff,

vs.            **STIPULATION OF DISMISSAL WITH PREJUDICE**

GENERAL ACCOUNT SERVICE, INC.,

    Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Nicole Martinez, and the defendant, General Account Service, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

           Respectfully submitted,

Dated: <u>August 13, 2010</u>           By <u>/s/J. Mark Meinhardt</u>
           J. Mark Meinhardt
           4707 College Boulevard, Suite 100
           Leawood, KS  66211
           (913) 451-9797
           (913) 451-6163 (fax)
           ATTORNEY FOR PLAINTIFF

Dated: <u>August 13, 2010</u>           By <u>/s/Louis J. Wade</u>
           Louis J. Wade
           McDowell Rice Smith & Buchanan
           Skelly Building
           605 West 47th St, Suite 350
           Kansas City, MO 64112-1905
           (816) 753-5400
           (816) 753-9996 (fax)
           ATTORNEY FOR DEFENDANT